were clearly erroneous. The motion court found that the State adequately elicited sufficient evidence to support two separate and distinct crimes. The motion court reasoned that the State recited facts supporting that Movant assault the victim when he choked and punched her and he attempted to rape the victim when he forcibly removed her clothing. These facts are clearly shown in the record, and refute Movant's claims. After a review of the entire record, we are not "left with the definite and firm impression that a mistake has been made." *Weeks,* 140 S.W.3d at 44.

Movant's second point is denied.

### Conclusion

We affirm the motion court's denial of Movant's amended motion for post-conviction relief without an evidentiary hearing.

GEORGE W. DRAPER III, J. and GARY M. GAERTNER, JR., J., Concur.

Shaun J. Mackelprang, Terrence M. Messonnier, Jefferson City, MO, for Plaintiff/Respondent.

Alexandra Johnson, St. Louis, MO, for Defendant/Appellant.

Before SHERRI B. SULLIVAN, P.J., ROBERT G. DOWD, JR., J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Nathaniel T. Shadwick appeals from the judgment entered after a jury found him guilty of robbery in the first degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. We affirm the judgment in accordance with Rule 30.25(b).

STATE of Missouri,
Plaintiff/Respondent,

v.

Nathaniel T. SHADWICK,
Defendant/Appellant.

No. ED 92143.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 19, 2010.

STATE of Missouri, Respondent,

v.

Jeffrey BRIDWELL, Appellant.

No. ED 92261.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 19, 2010.